Bradford G. Hughes, Esq. (SBN 247141)
CLARK HILL LLP
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone:   (213) 891-9100
Facsimile:    (213) 488-1178
bhughes@clarkhill.com

Attorney for Plaintiff NATIONAL INTERSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL INTERSTATE INSURANCE COMPANY, an Ohio corporation,<br><br>                           Plaintiff,<br><br>   v.<br><br>MIKE TAMANA FREIGHT LINES, LLC, a California limited liability company; AMANJOT TAMANA, an individual; RUPINDER TAMANA, an individual; and DOES 1 through 20, inclusive,<br><br>                          Defendants. | Case No. 2:24-cv-01592-TLN-JDP<br><br>Assigned to: Judge Troy L. Nunley<br><br>**NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT; DECLARATION OF BRADFORD G. HUGHES**<br><br>Hearing Date: February 6, 2025<br>Hearing Time: 2:00 p.m.<br>Courtroom: 2, 15th Floor |

PLEASE TAKE NOTICE that on February 6, 2025 at 2:00 p.m. in Courtroom 2, 15th Floor, Plaintiff NATIONAL INTERSTATE INSURANCE COMPANY (hereafter "Plaintiff") will and hereby does move the above-entitled Court to enter a Default Judgment in favor of Plaintiff and against Defendants MIKE TAMANA FREIGHT LINES, LLC, AMANJOT TAMANA, and RUPINDER TAMANA ("Defendants"), in the amount of $329,396.62.

This Motion is made on the ground that Default has been entered against said Defendants for failure to answer or otherwise defend as to the Complaint on behalf

---

1

1 of Plaintiff and that said Defendants are not in the military service of the United
2 States nor an infant or incompetent person.
3     In support of this Motion, Plaintiff relies on the Declaration of Bradford G.
4 Hughes, Esq., concurrently filed herewith and incorporated by reference herein, and
5 all records, papers, and pleadings on file herein.

7 Dated: December 31, 2024        CLARK HILL LLP

By: *[signature]*
Bradford G. Hughes
Attorney for Plaintiff NATIONAL
INTERSTATE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 31, 2024, I electronically filed the foregoing document entitled ***NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT*** with the Clerk of Court using the CM/ECF System, which will send a notice of electronic filing to all Counsel of record in this action.

*Maria Mercado*
Maria Mercado