|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| NATIONAL INTERSTATE INSURANCE COMPANY, an Ohio corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MIKE TAMANA FREIGHT LINES, LLC, a California limited liability company; AMANJOT TAMANA, an individual; RUPINDER TAMANA, an individual; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-01592-TLN-JDP<br><br>Assigned to: Judge Troy L. Nunley<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>Hearing Date: February 6, 2025<br>Hearing Time: 2:00 p.m.<br>Courtroom: 2, 15th Floor |
|---|---|

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 9, 2025 at 2:00 p.m., Plaintiff's Motion for Entry of Default Judgment came on regularly for hearing in Courtroom 2, 15th Floor of the United States District Court of the Eastern District of California, the Honorable Troy L. Nunley presiding.

After full consideration of the supporting and opposing papers, the records and files in this action, and the oral argument of the parties, and for good cause

1

[PROPOSED] ORDER

278940634

showing, the Court hereby **<u>GRANTS</u>** Plaintiff's Motion for Entry of Default Judgment in its entirety with prejudice.

**IT IS SO ORDERED.**

DATED: _____         _____
                                                Hon. Troy L. Nunley
                                      JUDGE OF THE UNITED STATES DISTRICT COURT OF EASTERN CALIFORNIA

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 31, 2024, I electronically filed the foregoing document entitled *[PROPOSED] ORDER GRANTING PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT* with the Clerk of Court using the CM/ECF System, which will send a notice of electronic filing to all Counsel of record in this action.

                                                      ____*/s/ Maria Mercado*_____
                                                      Maria Mercado

278940634