Bradford G. Hughes, Esq. (SBN 247141)
CLARK HILL LLP
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone:  (213) 891-9100
Facsimile:  (213) 488-1178
bhughes@clarkhill.com

Attorney for Plaintiff NATIONAL INTERSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL INTERSTATE INSURANCE COMPANY, an Ohio corporation,<br><br>                               Plaintiff,<br><br>          v.<br><br>MIKE TAMANA FREIGHT LINES, LLC, a California limited liability company; AMANJOT TAMANA, an individual; RUPINDER TAMANA, an individual; and DOES 1 through 20, inclusive,<br><br>                               Defendants. | Case No. 2:24-cv-01592-TLN-JDP<br><br>Assigned to: Judge Troy L. Nunley<br>Magistrate Judge: Jeremy D. Peterson<br><br>**AMENDED NOTICE OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>Hearing Date: February 13, 2025<br>Hearing Time: 10:00 a.m.<br>Courtroom: 9, 13th Floor |

PLEASE TAKE NOTICE that on February 13, 2025 at 10:00 a.m. in Courtroom 9, 13th Floor, Plaintiff NATIONAL INTERSTATE INSURANCE COMPANY (hereafter "Plaintiff") will and hereby does move the above-entitled Court to enter a Default Judgment in favor of Plaintiff and against Defendants MIKE TAMANA FREIGHT LINES, LLC, AMANJOT TAMANA, and RUPINDER TAMANA ("Defendants"), in the amount of $329,396.62.

This Motion, filed on December 31, 2024, Dkt 9, was originally noticed to be heard on February 6, 2025, but the court advised us to re-notice the motion with the

Magistrate Judge and vacated the hearing date. The motion is re-noticed with the Magistrate Judge Jeremy D. Peterson for February 13, 2025 at 10:00 a.m.

Dated: January 7, 2025                        CLARK HILL LLP

                                              By: _____
                                                  Bradford G. Hughes
                                                  Attorney for Plaintiff NATIONAL
                                                  INTERSTATE INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 7, 2025, I electronically filed the foregoing document entitled ***AMENDED NOTICE OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT*** with the Clerk of Court using the CM/ECF System, which will send a notice of electronic filing to all Counsel of record in this action.

*Maria Mercado*
Maria Mercado

---

3
AMENDED NOTICE OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT
278940634